■ VICTORIA MARSH, Respondent-Appellant, v WILLIAM J. PICKARD, JR., et al., Appellants-Respondents. [604 NYS2d 856] — Cross appeal unanimously dismissed *(see, Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, *lv denied* 82 NY2d 653; *see also,* CPLR 5511) and order affirmed without costs (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Set Aside Verdict.) Present—Green, J. P., Pine, Fallon, Doerr and Davis, JJ.